MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-0378
Fax. (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
WILLIAM HOLSEY,                  :
                                 :
              Plaintiff,         :
                                 :
      - v. -                     :
                                 :   STIPULATION AND ORDER
MICHAEL J. ASTRUE,               :   07 Civ. 9852 (PAC)(DFE)
Commissioner of                  :
Social Security,                 :
                                 :
              Defendant.         :
                                 :
- - - - - - - - - - - - - - - - x

      IT IS HEREBY STIPULATED AND AGREED, by and between

the attorney for the defendant and the plaintiff <u>pro se</u>, that the

defendant's time to answer or move with respect to the complaint

in the above-captioned action is extended from February 25, 2008 to

and including April 25, 2008.  The reason for the request is

**MEMO ENDORSED**

that the administrative record has not yet been received by defendant's counsel. No prior extension has been requested in this case.

Dated: New York, New York
       January 25, 2008

*[signature]*
WILLIAM HOLSEY
Plaintiff pro se
49 Cooper Street, Apt.#2B
New York, New York 10034
Telephone No.: (212)

MICHAEL J. GARCIA
United States Attorney
Southern District of New York
Attorney for Defendant

By: *[signature]*
LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York 10007
Telephone No.: (212) 637-0378
Leslie.Ramirez-Fisher@usdoj.gov

**MEMO ENDORSED**

SO ORDERED: 2/11/08 — NOTE: I will decide Mr. Holsey's motion for appointment of a volunteer attorney after I review the administrative record.

*[signature]* Douglas F. Eaton
UNITED ~~STATES DISTRICT~~ JUDGE
Magistrate