ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street – 3rd Floor
New York, New York  10007
Tel. (212) 637-0378
Fax. (212) 637-2750
Leslie.Ramirez-Fisher@usdoj.gov

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 1 5 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
WILLIAM HOLSEY,                  :
                                 :
            Plaintiff,           :
                                 :
       - v. -                    :
                                 :    STIPULATION AND ORDER
MICHAEL J. ASTRUE,               :
Commissioner of                  :    07 Civ. 9852 (PAC)(DFE)
Social Security,                 :
                                 :
            Defendant.           :
                                 :
- - - - - - - - - - - - - - - - x

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff pro se, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for

further administrative proceedings. The Clerk is directed to enter judgment *and terminate any pending motions*. See Shalala v. Schaefer, 509 U.S. 292 (1993).

Dated: New York, New York
       April 4, 2008

　　　　　　　　　　　　　　　　　　/s/ William Holsey
　　　　　　　　　　　　　　　　　　WILLIAM HOLSEY
　　　　　　　　　　　　　　　　　　Plaintiff pro se
　　　　　　　　　　　　　　　　　　49 Cooper Street, Apt.#2B
　　　　　　　　　　　　　　　　　　New York, New York   10034

　　　　　　　　　　　　　　　　　　MICHAEL J. GARCIA
　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　Southern District of New York
　　　　　　　　　　　　　　　　　　Attorney for Defendant


　　　　　　　　　　　　　　　　By: /s/ Leslie A. Ramirez-Fisher
　　　　　　　　　　　　　　　　　　LESLIE A. RAMIREZ-FISHER
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　86 Chambers Street – 3rd Floor
　　　　　　　　　　　　　　　　　　New York, New York   10007
　　　　　　　　　　　　　　　　　　Telephone No.: (212) 637-0378

SO ORDERED: APR 15 2008

/s/ Paul A. Crotty
UNITED STATES DISTRICT JUDGE

**Copies Mailed By Chambers**